UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PERRY BAILEY** | § | **DOCKET NO. 23-4633** |
| | § | |
| | § | **JUDGE: GUIDRY** |
| **VERSUS** | § | |
| | § | |
| | § | **MAGISTRATE JUDGE: VAN** |
| **ASSURANT INSURANCE AGENCY** | § | **MEERVELD** |
| | § | |
| | § | |

### CONSENT MOTIONTO DISMISS WITH PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss With Prejudice for the reasons set forth below.

1. Plaintiff, Amber Matherne initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 28, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, undersigned counsel attempted to contact the client again and successfully spoke with the client. The client informed undersigned counsel that they do not wish to pursue the claim any further. On January 12th, 2024, Galindo Law sent a dismissal letter to Plaintiff. As of that date, no communication has been made with Plaintiff. Defendant's attorney has given consent for this dismissal. Both parties have agreed to bear their own costs and expenses in connection with this matter.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim with prejudice.

**WHEREFORE,** undersigned counsel respectfully requests this honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim with prejudice.

Respectfully Submitted,

/s/ Mark Ladd
MARK LADD (30847)
GALINDO LAW FIRM
3850 North Causeway Blvd.
Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email:hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF**